FORM 5 (10/06)                    FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Northern District of Illinois - Eastern Division | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br><br>3 Point Media - Utah, L.L.C. | ALL OTHER NAMES, used by debtor in the last 8 years |
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO.<br>(If more than one, state all.)<br>36-4470799 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>980 N. Michigan Avenue<br>Suite 1880<br>Chicago, Illinois 60611 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If Different from previously listed addresses)<br><br>2835 East 3300 South<br>Salt Lake City, Utah 84109 | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7    ☒ Chapter 11

INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br><br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☒ Other (If Debtor is not one of the above entities, check this box and state type of entity below.)<br>Limited Liability Corporation | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |

| VENUE<br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District<br><br>☐ A bankruptcy case concerning the debtor's affiliate, general partner or partnership is pending in this District | FILING FEE (Check one box)<br><br>☒ Full fee attached<br>☐ Petitioner is a child support creditor or its representative, and the form specified in 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petition, and if the petition files the form specified in 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. 303(b)<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debtors are the subject of a bona fide dispute as to liability or amount;<br>or<br>3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

10324518.3

OFFICIAL FORM 5 - Involuntary Petition - Page 2

Name of Debtor: 3 Point Media - Utah, L.L.C.
Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____ President  2/16/07
Signature of Petitioner or Representative (State title)   Date Signed

**Name of Petitioner**
D.B. Zwirn Special Opportunities Fund, L.P
By: D.B. Zwirn Partners, LLC, its General Partner,
by Zwirn Holdings, LLC, its Managing Member

Mailing Address of Individual Signing in Representative Capacity:

c/o D.B. Zwirn Special Opportunities Fund, L.P.
745 Fifth Avenue, 18th Floor
New York, New York 10019

X _____  2/22/07
Signature of Attorney   Date

Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.  2/20/07
Name of Attorney Firm (if any)   Date Signed

Address
55 East Monroe Street, Suite 3700
Chicago, Illinois 60603-5802
Attn. Ronald Barliant, Esq.
Telephone No. (312) 201-4000

Schulte Roth & Zabel LLP (co-counsel)
Name of Attorney Firm (if any)

Address
919 Third Avenue
New York, New York 10022
Attn. Adam C. Harris, Esq. and David M. Hillman, Esq.
Telephone No. (212) 756-2000

---

X _____ President  2/16/07
Signature of Petitioner or Representative (State title)   Date Signed

**Name of Petitioner**
D.B. Zwirn Special Opportunities Fund, Ltd.
By: D.B. Zwirn & Co., L.P., its Manager,
by Zwirn Holdings, LLC, its Managing Member

Mailing Address of Individual Signing in Representative Capacity:

c/o D.B. Zwirn Special Opportunities Fund, Ltd.
745 Fifth Avenue, 18th Floor
New York, New York 10019

X _____  2/22/07
Signature of Attorney   Date

Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.  2/20/07
Name of Attorney Firm (if any)   Date Signed

Address
55 East Monroe Street, Suite 3700
Chicago, Illinois 60603-5802
Attn. Ronald Barliant, Esq.
Telephone No. (312) 201-4000

Schulte Roth & Zabel LLP (co-counsel)
Name of Attorney Firm (if any)

Address
919 Third Avenue
New York, New York 10022
Attn. Adam C. Harris, Esq. and David M. Hillman, Esq.
Telephone No. (212) 756-2000

### PETITIONING CREDITOR CLAIM INFORMATION CONTINUED ON NEXT PAGE

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
See Attached Additional Petitioning Creditors Sheet

_2_ continuation sheets attached

10324518.3

OFFICIAL FORM 5 - Involuntary Petition - Page 3

Name of Debtor   3 Point Media - Utah, L.L.C.
Case No. _____

## PETITIONING CREDITORS CONTINUED

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____ 2/22/07
Signature of Petitioner or Representative (State title)   Date Signed

Fortress Credit Opportunities I LP,
By Fortress Credit Opportunities I GP LLC, its General Partner
Name of Petitioner

Mailing Address of Individual Signing in Representative Capacity:

c/o Fortress Credit Opportunities I LP
1345 Avenue of the Americas
New York, New York 10105

X _____ 2/22/07
Signature of Attorney   Date

Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. 2/28/07
Name of Attorney Firm (if any)   Date Signed

Address
55 East Monroe Street, Suite 3700
Chicago, Illinois 60603-5802
Attn. Ronald Barliant, Esq.
Telephone No. (312) 201-4000

Schulte Roth & Zabel LLP (co-counsel)
Name of Attorney Firm (if any)

Address
919 Third Avenue
New York, New York 10022
Attn. Adam C. Harris, Esq. and David M. Hillman, Esq.
Telephone No. (212) 756-2000

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| D.B. Zwirn Special Opportunities Fund, L.P. 745 Fifth Avenue, 18th Floor New York, New York 10019 | Past due debt due under Amended and Restated Financing Agreement, dated as of July 31, 2003, among the Debtor and certain of its affiliates named therein as borrowers, the financial institutions from time to time party thereto as lenders and D.B. Zwirn Special Opportunities Fund, L.P. (f/k/a Highbridge/Zwirn Special Opportunities Fund, L.P.), as agent for the lenders (as amended). | Not less than the principal amount of $8,592,764.08, plus interest, fees, and expenses, of which a portion is unsecured pursuant to section 506(a) of title 11 of the United States Code |
| D.B. Zwirn Special Opportunities Fund, Ltd. 745 Fifth Avenue, 18th Floor New York, New York 10019 | Past due debt due under Amended and Restated Financing Agreement, dated as of July 31, 2003, among the Debtor and certain of its affiliates named therein as borrowers, the financial institutions from time to time party thereto as lenders and D.B. Zwirn Special Opportunities Fund, L.P. (f/k/a Highbridge/Zwirn Special Opportunities Fund, L.P.), as agent for the lenders (as amended). | Not less than the principal amount of $13,435,306.99, plus interest, fees, and expenses, of which a portion is unsecured pursuant to section 506(a) of title 11 of the United States Code |
| Fortress Credit Opportunities I LP 1345 Avenue of the Americas New York, New York 10105 | Past due debt due under Amended and Restated Financing Agreement, dated as of July 31, 2003, among the Debtor and certain of its affiliates named therein as borrowers, the financial institutions from time to time party thereto as lenders and D.B. Zwirn Special Opportunities Fund, L.P. (f/k/a Highbridge/Zwirn Special Opportunities Fund, L.P.), as agent for the lenders (as amended). | Not less than the principal amount of $11,006,214.19, plus interest, fees, and expenses, of which a portion is unsecured pursuant to section 506(a) of title 11 of the United States Code |

*PETITIONING CREDITOR CLAIM INFORMATION CONTINUED ON NEXT PAGE*

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
See Attached Additional Petitioning Creditors Sheet

10324518.3

| OFFICIAL FORM 5 - Involuntary Petition - Page 4 | Name of Debtor  3 Point Media - Utah, L.L.C. |
| | Case No. _____ |

## ADDITIONAL PETITIONING CREDITORS

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

X _[signature]_  2/22/07
Signature of Petitioner or Representative (State title)   Date Signed

Fortress Credit Opportunities II LP,
By Fortress Credit Opportunities II GP LLC, its General Partner
Name of Petitioner

Mailing Address of Individual Signing in
Representative Capacity:

　　c/o Fortress Credit Opportunities II LP
　　1345 Avenue of the Americas
　　New York, New York 10105

X _[signature]_  2/28/07
Signature of Attorney   Date

Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.  2/22/07
Name of Attorney Firm (If any)   Date Signed

Address
　　55 East Monroe Street, Suite 3700
　　Chicago, Illinois 60603-5802
　　Attn. Ronald Barliant, Esq.
Telephone No.  (312) 201-4000

　Schulte Roth & Zabel LLP (co-counsel)
Name of Attorney Firm (If any)

Address
　　919 Third Avenue
　　New York, New York 10022
　　Attn. Adam C. Harris, Esq. and David M. Hillman, Esq.
Telephone No.  (212) 756-2000

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Fortress Credit Opportunities II LP<br>1345 Avenue of the Americas<br>New York, New York 10105 | Past due debt due under Amended and Restated Financing Agreement, dated as of July 31, 2003, among the Debtor and certain of its affiliates named therein as borrowers, the financial institutions from time to time party thereto as lenders and D.B. Zwirn Special Opportunities Fund, L.P. (f/k/a Highbridge/Zwirn Special Opportunities Fund, L.P.), as agent for the lenders (as amended). | Not less than the principal amount of $5,115,213.18 plus interest, fees, and expenses, of which a portion is unsecured pursuant to section 506(a) of title 11 of the United States Code |
| | Total Amount of Petitioners' Claims | Not less than the principal amount of $38,149,498.44, plus interest, fees, and expenses, of which not less than $12,300 is unsecured pursuant to section 506(a) of title 11 of the United States Code |

10324518.3